UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MATTHEW TUCKER, | : |
| Plaintiff, | : **ORDER** |
| v. | : Civ. No. 03-5704 (WHW) |
| JOHN DOE, CLERK OF COURT, SUPERIOR COURT OF N. JERSEY, MORRISTOWN, N. JERSEY, | : |
| Defendant. | : |

**Walls, Senior District Judge**

It is on this 15th day of August, 2008,

**ORDERED** that Plaintiff Matthew Tucker's motion to find Defendants Danielle Barnave and Beverly Bailey in default and basis for Plaintiff wanting default judgement in the amount of $500,000.00 in referenced state law claims and $500,000.00 in federal law claims raised by Plaintiff in his Amended Complaint (No. 98) is **DENIED**; and

It is further **ORDERED** that the Clerk's Office's entry of default is **VACATED**.

s/William H. Walls
United States Senior District Judge